TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.letzkus@usdoj.gov
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jospeh L. Woods,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Department of Defense,<br><br>Defendant. | CV-25-00676-TUC-AMM<br><br>**STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

The parties, Plaintiff Joseph L. Woods ("Plaintiff"), and Defendant United States Department of Defense ("Defendant"), by and through undersigned counsel, hereby stipulate and move this Court for an extension of time for Defendant to answer, or otherwise respond, to Plaintiff's Complaint (Doc. 1) by approximately fourteen (14) days from March 16, 2026, to and including, March 30, 2026.

The parties submit there is good cause to grant the requested extension. Defendant's counsel requires additional time to confer with the agency regarding Plaintiff's allegations and is still gathering documentation and other information from the agency that is needed to fully respond to the Complaint. Additionally, the Tucson office of the Civil Division of the Arizona United States' Attorneys' Office has been and still is understaffed in both attorneys and staff members such that Defendant's counsel is carrying an above-average case load and is in the process of preparing several witnesses for depositions in another case.

Undersigned counsel certify that this request is made in the interest of justice and not for purposes of delay.

A proposed form of order is submitted herewith.

RESPECTFULLY SUBMITTED this 12th day of March 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Sarah S. Letzkus*
SARAH S. LETZKUS
Assistant U.S. Attorney
*Attorneys for Defendant*

LAIRD LAW PLLC

*s/Brian A. Laird (with permission)*
BRIAN A. LAIRD
*Attorney for Plaintiff*