LAIRD
LAW PLLC
PO Box 36356
Tucson, AZ 85740
(520) 230-8878
(520) 230-8879 fax
office@blaird.com
Brian A. Laird, SBN 020541
Attorney for Joseph Woods

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Joseph L. Woods,<br><br>Plaintiff,<br><br>v.<br><br>United States Department of Defense,<br><br>Defendants. | **CASE NO. 4:25-cv-00676-AMM**<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE**<br><br>**HON. ANGELA M. MARTINEZ** |

The parties stipulate that this action shall be dismissed without prejudice, each side to bear its own fees and costs. A form of order is submitted with this stipulation.

DATED this 19th day of March, 2026.

LAIRD LAW PLLC

Brian A. Laird
Attorney for Plaintiffs

UNITED STATES ATTORNEY'S OFFICE

FOR Sarah Letzkus
Attorney for US Department of Defense

**CERTIFICATE OF SERVICE**

I, Casondra Arterburn, certify that on March 19, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing and electronic service on:

Sarah S. Letzkus
Assistant U.S. Attorney (Civil Division)
United States Attorney's Office
District Of Arizona
405 W. Congress St., Suite 4800
Tucson, Arizona 85701-5040
Sarah.Letzkus@Usdoj.Gov

*s/Casondra Arterburn*